## (June 10, 1970)

■ In the Matter of SALVATORE C. COSTANZA et al., Respondents, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and HUMBERTO CINTRON, Appellant.— Judgment unanimously affirmed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., McGivern, Markewich and Steuer, JJ.

■ In the Matter of ELIZABETH HOLTZMAN et al., Respondents, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Intervenor-Appellant.— Judgment appealed from affirmed, without costs and without disbursements. [62 Misc 2d 1020.] Concur — Stevens, P. J., Markewich and Steuer, JJ.; McGivern, J., dissents in the following memorandum: I dissent and would reverse in accordance with the views previously expressed on this issue by Mr. Justice GELLINOFF. (See *Matter of Holtzman* [*Power*], N. Y. L. J., May 21, 1970, p. 2, col. 4.)

---

## (June 11, 1970)

■ SERENA SCHREIBER, Respondent, v. MORGAN E. SCHREIBER, Appellant.— Order of Family Court, New York County, entered January 26, 1970, which modified the provisions of a Mexican divorce decree, modified, on the law and on the facts, by decreasing the amount of support for the two children of the parties from $100 per week to $75 per week, and as so modified the order is affirmed, without costs and without disbursements. Upon the present record, it is our opinion that the required payment for the support of the two children should be $75 per week. In all other respects, we believe the order was proper. Concur — Stevens, P. J., Eager, Capozzoli, Nunez and Tilzer, JJ.

■ In the Matter of GAY COTTONS, INC., et al., Appellants, v. FRANK S. HOGAN, as District Attorney of New York County, Respondent.— Appeal dismissed, without costs and without disbursements (see *Matter of Ryan* [*Hogan*], 306 N. Y. 11, 16). Notwithstanding the nonappealability of the order, we have reviewed on the merits the contention of the petitioners-appellants and, if we were not dismissing the appeal, we would affirm. Concur — Eager, J. P., McGivern, Markewich and Steuer, JJ.